### WILLIAMS *v.* WILLIAMS.

HILL, J.  1. Where a petition was brought for divorce and permanent alimony, and pending this action the plaintiff filed an application for temporary alimony and obtained a rule nisi thereon, requiring the defendant to show cause why the application should not be granted, it was unnecessary to embody in such application a prayer for ordinary process and have the same served on the defendant as in the case of an original suit. *Nipper* v. *Nipper,* 129 *Ga.* 450 (59 S. E. 226).

2. Under the evidence in this case, the trial judge did not abuse his discretion in granting alimony and attorney's fees.

*Judgment affirmed. All the Justices concur.*
MARCH 13, 1912.

Application for alimony, etc.  Before Judge Worrill.  Miller superior court.  October 24, 1911.

*W. I. Geer,* for plaintiff in error.  *P. D. Rich,* contra.